IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANDREA YARBRO,           ) | |
|       Plaintiff,           ) | |
|                  ) | No. 2:21-cv-02396-TLP-cgc |
| v.           ) | |
|                  ) | JURY DEMAND |
| SAIA MOTOR FREIGHT LINE, LLC,           ) | |
|       Defendant.           ) | |

**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR EXTENSION OF TIME**

Parties jointly moved to extend their trial date and all remaining pretrial deadlines. (ECF No. 42.) For good cause shown, the Court **GRANTS** in part and **DENIES** in part the parties' motion. The Court extends the deadlines as provided below. But the Court will not alter parties trial date at this time. And so, the following dates are the final deadlines for:

**COMPLETING ALL DISCOVERY:** April 16, 2023

**F.R.E. 702/*DAUBERT* MOTIONS TO EXCLUDE EXPERTS:** April 27, 2023

**SUPPLEMENTATION UNDER RULE 26(e)(1):** March 16, 2023

**FILING DISPOSITIVE MOTIONS:** May 4, 2023

**JOINT PROPOSED PRETRIAL ORDER DUE:** June 30, 2023, by close of business
(E-Mail Joint Proposed Pretrial Order in Word format to:
ECF_Judge_Parker@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** July 7, 2023, at 9:00 a.m.

**JURY TRIAL:** July 24, 2023, at 9:00 a.m. Trial is anticipated to last approximately 3 days.

**SO ORDERED**, this 27th day of January, 2023.

                                                 s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE