IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANDREA YARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:21-cv-02396-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| SAIA MOTOR FREIGHT LINE, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

On March 14, 2023, the Court held a status conference to address the parties' joint motion to extend their pre-trial deadlines. (*See* ECF No. 45 & 46.) Attorney Yvonne N. Maddalena appeared for Defendant, but counsel for Plaintiff failed to appear. (*See* ECF No. 46.) Both Mark Schirmer and Jason Ralph Hines of the Reaves Law Firm, PLLC entered notices of appearance here. They, along with the Reaves Law Firm, are still listed as counsel of record for Plaintiff.

Because no one appeared at the status conference on behalf of Plaintiff, the Court **ORDERS** that Attorney Jason Ralph Hines, Attorney Mark Schirmer and Attorney Henry E. Reaves III, or his designated attorney representative of the Reaves Law Firm, PLLC, appear before the Court in Courtroom 2 in the Odell Horton Federal Building, 167 N. Main Street, 11th Floor, Memphis, Tennessee, on April 4, 2023, at 10:30 a.m. to **SHOW CAUSE** as to why the Court should not dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Failure to comply with this order may result in dismissal of this action without further notice for failure to prosecute under Rule 41(b) and more sanctions as ordered by the Court.

**SO ORDERED**, this 14th day of March, 2023.

                                          s/ Thomas L. Parker
                                          THOMAS L. PARKER
                                          UNITED STATES DISTRICT JUDGE