UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge Thomas L. Parker, United States District Judge

March 15, 2023

RE: **2:21-cv-02396-TLP**
**Andrea Yarbro v. SAIA Motor Freight Line, Inc.**

Dear Sir/Madam:

A **SHOW CAUSE HEARING** has been **SET** before **Judge Thomas L. Parker** for **TUESDAY, APRIL 4, 2023** at **10:30 A.M** in **Courtroom No. 2, 11th floor of the Federal Building, Memphis, Tennessee.**

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:  *s/Sandra McClain*,
       Case Manager
       901-495-1317
       sandra_mcclain@tnwd.uscourts.gov